

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00344-CR

Christopher Alan **LEMASTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2869
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 8, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice